Form 1

**FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT**

**Name of United States District Court for the** Northern District of California

Case Number  4:14-cv-1650-YGR

Blue Spike, LLC           ,        Plaintiff,

v.                **NOTICE OF APPEAL**

Google Inc.           ,        Defendant.

Notice is hereby given that  Blue Spike, LLC           (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the  N.D. of California           (from the final judgment) ((from an order) (describe the order)) entered in this action on  October 1           ,  2015   (date).

R. Garteiser

(Signature of appellant or attorney)

Garteiser Honea, PLLC
119 W. Ferguson Street
Tyler, TX 75702

(Address of appellant or attorney)

Reset Fields

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

Case No. 14-cv-01650 (YGR)

BLUE SPIKE, LLC,

Plaintiff,

v.

GOOGLE INC.,

Defendant.

**[PROPOSED FORM OF] JUDGMENT**
**INVALIDATING ASSERTED PATENTS**
**PURSUANT TO DKT. NOS. 75, 80**

Hearing Date: N/A
Hearing Time: N/A
Courtroom: Courtroom 1, 4th Floor
Judge: Hon. Yvonne Gonzalez Rogers

This action having come before the Court, and pursuant to the Court's Orders: (1) granting Defendant Google Inc.'s ("Google") Motion for Judgment on the Pleadings (Dkt. Nos. 59, 75); and (2) accepting Plaintiff Blue Spike, LLC's ("Blue Spike") Statement of Non-objection (Dkt. No. 77) in response to the Court's Order to Show Cause (Dkt. Nos. 76, 80) – together which find all asserted claims of U.S. Patent Nos. 7,346,472 (the "'472 Patent"), 7,660,700 (the "'700 Patent"), 7,949,494 (the "'494 Patent"), 8,214,175 (the "'175 Patent"), and 8,712,728 (the "'728 Patent") (collectively, the "Patents-In-Suit") invalid pursuant to 35 U.S.C. § 101 – IT IS HEREBY ADJUDGED AND ORDERED that:

1.    For the reasons set forth in the Court's Order on September 8, 2015 (Dkt. No. 75), the following asserted claims are invalid pursuant to 35 U.S.C. § 101:

- claims 1-4, 8, and 11 of the '472 Patent;
- claims 1, 10-12, 18, 21, 27, 40, and 51 of the '700 Patent;
- claims 11, 15, 17, and 29 of the '494 Patent;
- claims 1, 8, 11, 12, 16, and 17 of the '175 Patent; and
- claims 1, 4, 5, 16, 25, and 26 of the '728 Patent.

2.    For the same reasons set for in the Court's Order from September 8, 2015 (Dkt. No. 75) and pursuant to the Court's Order from September 18, 2015 (Dkt. No. 80), the following asserted claim is also invalid pursuant to 35 U.S.C. § 101:

- claim 30 of the '728 Patent.

- 1 -

3.      The foregoing claims of the Patents-In-Suit represent all pending claims at issue in this case.

4.      WHEREFORE JUDGMENT on the pleadings is entered in this case in favor of Defendant Google and against Plaintiff Blue Spike.


Dated: October 3. 2015

By: _____
Judge Yvonne Gonzalez Rogers
United States District Judge

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

Case No. 14-cv-01650 (YGR)

BLUE SPIKE, LLC,

          Plaintiff,

   v.

GOOGLE INC.,

          Defendant.

**[PROPOSED FORM OF]** JUDGMENT INVALIDATING ASSERTED PATENTS PURSUANT TO DKT. NOS. 75, 80

Hearing Date:  N/A
Hearing Time:  N/A
Courtroom:  Courtroom 1, 4th Floor
Judge:  Hon. Yvonne Gonzalez Rogers

This action having come before the Court, and pursuant to the Court's Orders: (1) granting Defendant Google Inc.'s ("Google") Motion for Judgment on the Pleadings (Dkt. Nos. 59, 75); and (2) accepting Plaintiff Blue Spike, LLC's ("Blue Spike") Statement of Non-objection (Dkt. No. 77) in response to the Court's Order to Show Cause (Dkt. Nos. 76, 80) – together which find all asserted claims of U.S. Patent Nos. 7,346,472 (the "'472 Patent"), 7,660,700 (the "'700 Patent"), 7,949,494 (the "'494 Patent"), 8,214,175 (the "'175 Patent"), and 8,712,728 (the "'728 Patent") (collectively, the "Patents-In-Suit") invalid pursuant to 35 U.S.C. § 101 – IT IS HEREBY ADJUDGED AND ORDERED that:

1.     For the reasons set forth in the Court's Order on September 8, 2015 (Dkt. No. 75), the following asserted claims are invalid pursuant to 35 U.S.C. § 101:

- claims 1-4, 8, and 11 of the '472 Patent;
- claims 1, 10-12, 18, 21, 27, 40, and 51 of the '700 Patent;
- claims 11, 15, 17, and 29 of the '494 Patent;
- claims 1, 8, 11, 12, 16, and 17 of the '175 Patent; and
- claims 1, 4, 5, 16, 25, and 26 of the '728 Patent.

2.     For the same reasons set for in the Court's Order from September 8, 2015 (Dkt. No. 75) and pursuant to the Court's Order from September 18, 2015 (Dkt. No. 80), the following asserted claim is also invalid pursuant to 35 U.S.C. § 101:

- claim 30 of the '728 Patent.

3. The foregoing claims of the Patents-In-Suit represent all pending claims at issue in this case.

4. WHEREFORE JUDGMENT on the pleadings is entered in this case in favor of Defendant Google and against Plaintiff Blue Spike.

Dated: Qevqdgt'3. 2015

By: _____
Judge Yvonne Gonzalez Rogers
United States District Judge

- 2 -

ADRMOP,AO279,APPEAL,CLOSED,REFDIS,RELATE

# U.S. District Court
## California Northern District (Oakland)
## CIVIL DOCKET FOR CASE #: 4:14-cv-01650-YGR
### Internal Use Only

Blue Spike, LLC v. Google Inc.                    Date Filed: 04/10/2014
Assigned to: Hon. Yvonne Gonzalez Rogers          Date Terminated: 10/01/2015
Referred to: Magistrate Judge Jacqueline Scott Corley   Jury Demand: Both
Relate Case Cases: 4:13-cv-01105-YGR              Nature of Suit: 830 Patent
                   4:15-cv-01494-YGR              Jurisdiction: Federal Question
Case in other court: Texas Eastern, 6:12-cv-00558
Cause: 35:271 Patent Infringement

**Plaintiff**

**Blue Spike, LLC**              represented by   **Christopher A Honea**
                                                 Garteiser Honea PLLC
                                                 218 N. College Ave
                                                 Tyler, TX 75702
                                                 903-705-7420
                                                 Fax: 888-908-4400
                                                 Email: chonea@ghiplaw.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Randall Garteiser**
                                                 Garteiser Honea, P.C.
                                                 44 N. San Pedro Road
                                                 San Rafael, CA 94903
                                                 (415) 568-0553
                                                 Fax: (415) 785-3805
                                                 Email:
                                                 randall.garteiser@sftrialattorneys.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Randall T Garteiser**
                                                 Garteiser Honea PLLC
                                                 218 N. College Ave
                                                 Tyler, TX 75702
                                                 903-705-7420
                                                 Fax: 888-908-4400
                                                 Email: rgarteiser@ghiplaw.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Christopher Alan Honea**
Garteiser Honea, P.C.
44 N. San Pedro Road
San Rafael, CA 94903
(415) 785-3762
Fax: (415) 785-3805
Email:
chris.honea@sftrialattorneys.com
*ATTORNEY TO BE NOTICED*

**Christopher S Johns**
Johns Marrs Ellis & Hodge LLP
300 West Sixth Street
Suite 1950
Austin, TX 78701
512-215-4078
Fax: 512-628-7169
Email: cjohns@jmehlaw.com
*ATTORNEY TO BE NOTICED*

**Eric Miller Albritton**
Albritton Law Firm
P.O. Box 2649
Longview, Tx 75606
903-757-8449
Email: ema@emafirm.com
*TERMINATED: 05/03/2013*

**Helen E. Dutton**
Garteiser Honea P.C.
44 North San Pedro Road
San Rafael, CA 94903
415-785-3762
Fax: 888-908-4400
Email: helenedutton@gmail.com
*ATTORNEY TO BE NOTICED*

**Ian Nicholas Ramage**
Garteiser Honea PC
218 N. College Ave.
Tyler, TX 75707
888-908-4400
Email: iramage@ramagelaw.net
*ATTORNEY TO BE NOTICED*

**Michael A Benefield**
Williams Morgan & Amerson PC

10333 Richmond Ave
Suite 1100
Houston, TX 77042
(713) 934-7000 ext 4091
Fax: (713) 934-7011
Email: mbenefield@wmalaw.com
*TERMINATED: 05/03/2013*

**Molly A. Jones**
GARTEISER HONEA, P.C.
218 N College Ave
Tyler, TX 75702
903-705-7420
Fax: 888-908-4400
*ATTORNEY TO BE NOTICED*

**Peter Stuart Brasher**
Garteiser Honea
44 N San Pedro Rd.
San Rafael, CA 94903
415-785-3762
Email: pbrasher@ghiplaw.com
*ATTORNEY TO BE NOTICED*

**Stephen Eugene Edwards**
Blank Rome LLP
717 Texas Avenue
Suite 1400
Houston, Tx 77002
713,228,6601
Fax: 713.228.6605
Email: sedwards@blankrome.com
*TERMINATED: 03/08/2013*

V.

**Defendant**

**Google Inc.**                    represented by    **Michael A. Berta**
Arnold & Porter LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
415-471-3100
Fax: 415-471-3400
Email: michael.berta@aporter.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lance Lee**

Young Pickett & Lee
4122 Texas Blvd.
P.O. Box 1897
Texarkana, TX 75504-1897
903-794-1303
Fax: 903-794-5098
Email: wlancelee@aol.com
*ATTORNEY TO BE NOTICED*

**Nicholas H Lee**
Arnold & Porter LLP
777 S. Figueroa Street
44th Floor
Los Angeles, CA 90071-5844
213-243-4000
Fax: 213-243-4199
Email: nicholas.lee@aporter.com
*ATTORNEY TO BE NOTICED*

**Wallace W. Wu**
Arnold & Porter LLP
777 S. Figueroa St.
44th Floor
Los Angeles, CA 90017
213-243-4000
Fax: 213-243-4199
Email: Wallace.Wu@aporter.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**SoundHound, Inc.**            represented by   **Bryan A. Kohm**
*TERMINATED: 05/26/2015*                        Fenwick & West LLP
                                                555 California Street, 12th Floor
                                                San Francisco, CA 94104
                                                415-875-2300
                                                Fax: 415-281-1350
                                                Email: bkohm@fenwick.com
                                                *TERMINATED: 09/15/2015*

**Defendant**

**Gracenote, Inc.**             represented by   **Bryan A. Kohm**
*TERMINATED: 09/15/2015*                        (See above for address)
                                                *TERMINATED: 09/15/2015*

**Defendant**

**Tribune Company**             represented by   **Bryan A. Kohm**
*TERMINATED: 09/15/2015*                        (See above for address)
                                                *TERMINATED: 09/15/2015*

**Defendant**

**Tribune Media Services, LLC**                represented by **Bryan A. Kohm**
*TERMINATED: 09/15/2015*                                       (See above for address)
                                                               *TERMINATED: 09/15/2015*

**Miscellaneous**

**Facebook Inc.**                              represented by **Orion Armon**
                                                               Cooley Godward Kronish LLP
                                                               380 Interlocken Crescent
                                                               Suite 900
                                                               Broomfield, CO 80021
                                                               720-566-4000
                                                               Email: oarmon@cooley.com
                                                               *ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Google Inc.**                                represented by **Michael A. Berta**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Lance Lee**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Nicholas H Lee**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Wallace W. Wu**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Blue Spike, LLC**                            represented by **Christopher A Honea**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Randall T Garteiser**
                                                               (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Christopher S Johns**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Miller Albritton**
(See above for address)
*TERMINATED: 05/03/2013*

**Michael A Benefield**
(See above for address)
*TERMINATED: 05/03/2013*

**Stephen Eugene Edwards**
(See above for address)
*TERMINATED: 03/08/2013*

**Counter-claimant**

**Google Inc.**                           represented by **Michael A. Berta**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lance Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Nicholas H Lee**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wallace W. Wu**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Blue Spike, LLC**                       represented by **Christopher A Honea**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall Garteiser**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall T Garteiser**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christopher Alan Honea**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Christopher S Johns**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric Miller Albritton**
(See above for address)
*TERMINATED: 05/03/2013*

**Ian Nicholas Ramage**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A Benefield**
(See above for address)
*TERMINATED: 05/03/2013*

**Peter Stuart Brasher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Eugene Edwards**
(See above for address)
*TERMINATED: 03/08/2013*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2012 | 1 | COMPLAINT against Google Inc. ( Filing fee $ 350 receipt number 0540-3741801.), filed by Blue Spike, LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A - Patent 8214175, # 3 Exhibit B - Patent 7949494, # 4 Exhibit C - Patent 7660700, # 5 Exhibit D - Patent 7346472)(Albritton, Eric) (Entered: 08/22/2012) |
| 08/22/2012 | 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Albritton, Eric) (Entered: 08/22/2012) |
| 08/22/2012 | 3 | CORPORATE DISCLOSURE STATEMENT filed by Blue Spike, LLC (Albritton, Eric) (Entered: 08/22/2012) |
| 08/22/2012 | 4 | NOTICE of Attorney Appearance by Stephen E Edwards on behalf of Blue Spike, LLC (Edwards, Stephen) (Entered: 08/22/2012) |
|  |  |  |

| 08/22/2012 | 5 | NOTICE of Attorney Appearance by Michael A. Benefield on behalf of Blue Spike, LLC (Benefield, Michael) (Entered: 08/22/2012) |
|---|---|---|
| 08/22/2012 | | Judge Leonard Davis added. (mll, ) (Entered: 08/22/2012) |
| 08/22/2012 | 6 | NOTICE of Attorney Appearance by Christopher S Johns on behalf of Blue Spike, LLC (Johns, Christopher) (Entered: 08/22/2012) |
| 08/22/2012 | 7 | NOTICE of Attorney Appearance by Christopher A Honea on behalf of Blue Spike, LLC (Honea, Christopher) (Entered: 08/22/2012) |
| 08/22/2012 | 8 | NOTICE of Attorney Appearance by Randall T Garteiser on behalf of Blue Spike, LLC (Garteiser, Randall) (Entered: 08/22/2012) |
| 08/30/2012 | 9 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Google Inc..( Lee, Lance) (Entered: 08/30/2012) |
| 09/04/2012 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 9 is granted pursuant to Local Rule CV-12 for Google Inc. to 10/17/2012. 30 Days Granted for Deadline Extension. ( mll, ) (Entered: 09/04/2012) |
| 09/04/2012 | 🔒 | (Court only) ***Motions terminated: 9 filed by Google Inc.. (lrcS, COURT STAFF) (Filed on 9/4/2012) (Entered: 05/14/2014) |
| 09/21/2012 | 10 | SUMMONS Issued as to Google Inc.and emailed to pltf for service. (klb) (Entered: 09/21/2012) |
| 10/09/2012 | 11 | ORDER that this civil action is CONSOLIDATED for pretrial issues only, with the exception of venue. **The earliest filed civil action 6:12cv499 shall serve as the Lead Case for consolidated issues.** The individual cases will remain active for venue motions and trial. All motions, other than venue motions, shall be filed in the consolidated lead case. Parties shall submit a single Docket Control, Discovery, ESI, and Protective Order, and each of the respective orders shall be filed in the Lead Case. Signed by Judge Leonard Davis on 10/09/12. cc:attys 10-10-12(mll, ) (Entered: 10/10/2012) |
| 10/09/2012 | | **This Civil Action is CONSOLIDATED with cause 6:12cv499, which is designated as the Lead Case. All future pleadings, except for venue motions, should be filed in the Lead Case.** (mll, ) (Entered: 10/10/2012) |
| 11/15/2012 | 12 | ANSWER to 1 Complaint,, COUNTERCLAIM against Blue Spike, LLC by Google Inc..(Lee, Lance) (Entered: 11/15/2012) |
| 11/15/2012 | 13 | CORPORATE DISCLOSURE STATEMENT filed by Google Inc. (Lee, Lance) (Entered: 11/15/2012) |
| 01/15/2013 | 14 | Order reassigning this case to United States District Judge Michael H. Schneider per General Order 13-3. Please see Appendix D: Addendum Regarding Cases Assigned to Judge Schneider. Judge Leonard Davis no longer assigned to the case. (gsg) (Entered: 01/15/2013) |

| 03/26/2013 | 15 | ORDER OF CONSOLIDATION. The above listed cases are hereby consolidated into cause number 6:12cv499, Blue Spike, LLC v. Texas Instruments, Inc., for all pretrial purposes, including discovery and claim construction. The Clerk of the Court shall add the consolidated defendants to the lead case, as well as lead counsel only. Any other counsel who wishes to appear in the lead case shall file a notice of appearance in that case. The Clerk shall close all cases listed above other than the lead case. **Any motions including motions challenging venue or jurisdiction filed prior to consolidation in all cases must be refiled in the consolidated case 6:12cv499 to be considered by the Court.** The Court ORDERS Plaintiff to file a notice of readiness for scheduling conference when all Defendants in the consolidated case have either answered or filed a motion to transfer or dismiss. The notice must be filed within five days of the last remaining Defendants answer or motion. The notice must include a list of any pending motions to dismiss or transfer and a list of any other related cases filed in the Eastern District of Texas involving the same patents. If the consolidated case is not ready for scheduling conference within 90 days of this order, Plaintiff must file a detailed status report explaining the reason for the delay. Furthermore, attorney Stephen E. Edwards has moved to withdraw from several of the cases listed above. The Court GRANTS the motions in all cases in which it is pending. Signed by Judge Michael H. Schneider on 03/25/13. cc:attys 3-26-13(mll, ) (Entered: 03/26/2013) |
| --- | --- | --- |
| 03/26/2013 | 🔒 | (Court only) ***Civil Case CONSOLIDATED with 6:12cv499 and Terminated. (mll, ) (Entered: 03/26/2013) |
| 03/13/2014 | 16 | ORDER granting Motion to Transfer Venue filed in the consolidated lead case, 6:12cv499, by Defendant Google Inc. Plaintiff's claims against Google Inc. are SEVERED from the lead case back into the original cause number, 6:12-cv-558, and the clerk of the court is directed to TRANSFER the severed action to the Northern District of California for further consideration. Signed by Judge Michael H. Schneider on 3/13/14. (mjc, ) (Entered: 03/14/2014) |
| 04/07/2014 | 🔒 | (Court only) ***Case Reopened. (mjc, ) (Entered: 04/07/2014) |
| 04/07/2014 | | Interdistrict transfer to the Northern District of California. (mjc, ) (Entered: 04/07/2014) |
| 04/10/2014 | 🔒 17 | Case transferred in from District of Texas Eastern; Case Number 6:12-cv-00558. Original file certified copy of transfer order and docket sheet received. Modified on 4/14/2014 (vlkS, COURT STAFF). (Entered: 04/14/2014) |
| 04/10/2014 | 18 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 7/23/2014. Case Management Conference set for 7/30/2014 01:30 PM. (vlkS, COURT STAFF) (Filed on 4/10/2014) (Entered: 04/14/2014)** |
| 04/14/2014 | 19 | CLERKS NOTICE re transfer of case (vlkS, COURT STAFF) (Filed on |

| | | 4/14/2014) (Entered: 04/14/2014) |
|---|---|---|
| 04/16/2014 | 20 | CLERK'S NOTICE Re: Consent or Declination: Plaintiff and Defendant shall file a consent or declination to proceed before a magistrate judge within 14 days of this notice. **(This is a text only docket entry, there is no document associated with this notice.)** (ig, COURT STAFF) (Filed on 4/16/2014) (Entered: 04/16/2014) |
| 04/17/2014 | 21 | NOTICE of Appearance by Michael A. Berta (Berta, Michael) (Filed on 4/17/2014) (Entered: 04/17/2014) |
| 04/17/2014 | 22 | NOTICE of Appearance by Nicholas H Lee (Lee, Nicholas) (Filed on 4/17/2014) (Entered: 04/17/2014) |
| 04/17/2014 | 23 | NOTICE of Appearance by Wallace W. Wu (Wu, Wallace) (Filed on 4/17/2014) (Entered: 04/17/2014) |
| 04/29/2014 | 24 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Google Inc... (Wu, Wallace) (Filed on 4/29/2014) (Entered: 04/29/2014) |
| 04/30/2014 | 25 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (vlk, COURT STAFF) (Filed on 4/30/2014) (Entered: 04/30/2014) |
| 05/01/2014 | 26 | **ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Vince Chhabria for all further proceedings. Magistrate Judge Donna M. Ryu no longer assigned to the case. Signed by the Executive Committee on May 1, 2014. (cjlS, COURT STAFF) (Filed on 5/1/2014) (Entered: 05/01/2014)** |
| 05/02/2014 | 27 | **ORDER REASSIGNING CASE. Case reassigned to Judge Hon. James Donato for all further proceedings. Hon. Vince Chhabria no longer assigned to the case. Signed by the Executive Committee on May 2, 2014. Case Reassigned pursuant to General Order 67.(cjlS, COURT STAFF) (Filed on 5/2/2014) (Entered: 05/02/2014)** |
| 05/07/2014 | 28 | **CASE MANAGEMENT SCHEDULING ORDER: Case Management Statement due by 7/23/2014. Case Management Conference set for 7/30/2014 01:30 PM in Courtroom 11, 19th Floor, San Francisco.. Signed by Judge James Donato on 5/7/14. (lrcS, COURT STAFF) (Filed on 5/7/2014) (Entered: 05/07/2014)** |
| 05/09/2014 | 29 | NOTICE of Appearance by Ian Nicholas Ramage (Ramage, Ian) (Filed on 5/9/2014) (Entered: 05/09/2014) |
| 05/19/2014 | 30 | NOTICE of Appearance by Peter Stuart Brasher *on behalf of Blue Spike, LLC* (Brasher, Peter) (Filed on 5/19/2014) (Entered: 05/19/2014) |
| 05/19/2014 | 31 | NOTICE of Appearance by Randall Garteiser *on behalf of Blue Spike, LLC* (Garteiser, Randall) (Filed on 5/19/2014) (Entered: 05/19/2014) |
| 05/19/2014 | 32 | NOTICE of Appearance by Christopher Alan Honea *on behalf of Blue* |

| | | |
|---|---|---|
| | | *Spike, LLC* (Honea, Christopher) (Filed on 5/19/2014) (Entered: 05/19/2014) |
| 06/11/2014 | 33 | **ORDER RELATING CASES C-13-1105-YGR and C-14-1647-BLF and C-14-1648-RS and C-14-1649-KAW and C-14-1650-JD. Signed by Judge Yvonne Gonzalez Rogers on 6/11/2014. (fs, COURT STAFF) (Filed on 6/11/2014) (Entered: 06/11/2014)** |
| 06/11/2014 | | **Case reassigned to Judge Hon. Yvonne Gonzalez Rogers. Judge Hon. James Donato no longer assigned to the case. (cp, COURT STAFF) (Filed on 6/11/2014) (Entered: 06/12/2014)** |
| 06/19/2014 | 34 | CLERKS NOTICE SETTING CASE MANAGEMENT CONFERENCE IN RELATED CASES. Case Management Statement due by 7/21/2014. Initial Case Management Conference set for 7/28/2014 02:00 PM before Judge Yvonne Gonzalez Rogers in Courtroom 1, 4th Floor, Oakland. (Attachments: # 1 Standing Order) (fs, COURT STAFF) (Filed on 6/19/2014) (Entered: 06/19/2014) |
| 06/19/2014 | 35 | AMENDED CLERKS NOTICE [amended to reflect the correct year of the case as to: 4:13-CV-1105-YGR] (fs, COURT STAFF) (Filed on 6/19/2014) (Entered: 06/24/2014) |
| 07/22/2014 | 36 | JOINT CASE MANAGEMENT STATEMENT *ON BEHALF OF ALL PARTIES* filed by SoundHound, Inc., Google Inc. (Kohm, Bryan) (Filed on 7/22/2014) Modified on 7/23/2014 (cpS, COURT STAFF). (Entered: 07/22/2014) |
| 07/28/2014 | 38 | Minute Entry: Initial Case Management Conference held on 7/28/2014 before Yvonne Gonzalez Rogers (Date Filed: 7/28/2014). Case REFERRED to Magistrate Judge Corley for Discovery. Tutorial Hearing set for 5/1/2015 10:00 AM. (Court Reporter Diane Skillman.) (fs, COURT STAFF) (Date Filed: 7/28/2014) (Entered: 07/30/2014) |
| 07/30/2014 | 37 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options (Garteiser, Randall) (Filed on 7/30/2014) (Entered: 07/30/2014) |
| 07/30/2014 | 🔒 | (Court only) CASE REFERRED to Magistrate Judge Jacqueline Scott Corley for Discovery, ***Set/Clear Flags. (lmh, COURT STAFF) (Filed on 7/30/2014) (Entered: 07/30/2014) |
| 07/31/2014 | 39 | STIPULATION WITH PROPOSED ORDER re proposed schedule filed by Google Inc., SoundHound Inc, Blue Spike LLC. (Lee, Nicholas) (Filed on 7/31/2014) Modified on 8/1/2014 (cpS, COURT STAFF). (Entered: 07/31/2014) |
| 08/01/2014 | 40 | ADR Certification (ADR L.R. 3-5 b) of discussion of ADR options *by Google Inc.* (Lee, Nicholas) (Filed on 8/1/2014) (Entered: 08/01/2014) |
| 08/04/2014 | 41 | **ORDER by Judge Yvonne Gonzalez Rogers granting (39) Stipulation re Joint Schedule in case 4:13-cv-01105-YGR; granting (58) Stipulation re Joint Schedule in case 4:14-cv-01648-YGR;** |

| | | |
|---|---|---|
| | | granting (40) Stipulation re Joint Schedule in case 4:14-cv-01647-YGR; granting (39) Stipulation re Joint Schedule in case 4:14-cv-01650-YGR; granting (35) Stipulation re Joint Schedule in case 4:14-cv-01649-YGR (fs, COURT STAFF) (Filed on 8/4/2014) (Entered: 08/04/2014) |
| 08/04/2014 | | Set Deadlines/Hearings: Claim Construction Discovery completed by 5/2/2015. Opening Claim Construction Brief by Blue Spike filed 6/2/15; Responsive Claim Construction Brief by AOptix and Defendants filed by 6/23/2015; Reply Claim Construction Brief by Blue Spike filed by 7/7/15. Status Conference set for 5/1/2015 10:00 AM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. (fs, COURT STAFF) (Filed on 8/4/2014) (Entered: 08/04/2014) |
| 08/13/2014 | 42 | Transcript of Proceedings held on July 28, 2014, before Judge Yvonne Gonzalez Rogers. Court Reporter Diane E. Skillman, Telephone number 510-451-2930, Diane_Skillman@cand.uscourts.gov, diane.transcripts@aol.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (39 in 4:14-cv-01647-YGR) Transcript Order ) Release of Transcript Restriction set for 11/12/2014. (Skillman, Diane) (Filed on 8/13/2014) (Entered: 08/13/2014) |
| 08/13/2014 | 43 | TRANSCRIPT ORDER by Blue Spike, LLC for Court Reporter Diane Skillman. (Garteiser, Randall) (Filed on 8/13/2014) (Entered: 08/13/2014) |
| 08/14/2014 | | (Court only) TRANSCRIPT COPY DELIVERED re (63 in 4:14-cv-01648-YGR) Transcript Order (Skillman, Diane) (Filed on 8/14/2014) (Entered: 08/14/2014) |
| 08/15/2014 | | (Court only) TRANSCRIPT COPY DELIVERED re (43 in 4:14-cv-01650-YGR) Transcript Order, (62 in 4:14-cv-01648-YGR) Transcript Order (Skillman, Diane) (Filed on 8/15/2014) (Entered: 08/15/2014) |
| 08/18/2014 | 44 | TRANSCRIPT ORDER by Google Inc. for Court Reporter Diane Skillman. (Lee, Nicholas) (Filed on 8/18/2014) (Entered: 08/18/2014) |
| 08/21/2014 | | (Court only) TRANSCRIPT COPY DELIVERED re (44 in 4:14-cv-01650-YGR) Transcript Order (Skillman, Diane) (Filed on 8/21/2014) (Entered: 08/21/2014) |
| 09/09/2014 | 45 | NOTICE of need for ADR Phone Conference (ADR L.R. 3-5 d) *jointly filed by Blue Spike, LLC and Google Inc.* (Lee, Nicholas) (Filed on 9/9/2014) Modified on 9/9/2014 (cpS, COURT STAFF). (Entered: 09/09/2014) |
| | | |

| 09/10/2014 | 🔒 46 | ADR Clerk's Notice Setting ADR Phone Conference on Monday, September 15, 2014 at 2:30 PM Pacific time. Please note that you must be logged into an ECF account of counsel of record in order to view this document. (cmf, COURT STAFF) (Filed on 9/10/2014) (Entered: 09/10/2014) |
| --- | --- | --- |
| 09/15/2014 | 47 | AMENDED COMPLAINT against Google Inc.. Filed byBlue Spike, LLC. (Garteiser, Randall) (Filed on 9/15/2014) (Entered: 09/15/2014) |
| 09/16/2014 | | ADR Remark: ADR Phone Conference held 9/16/2014 with Daniel Bowling, ADR Program Staff Attorney. Further ADR Phone Conference scheduled for 11/18/2014 at 3:00 PM. Call-in information remains the same. (cmf, COURT STAFF) (Filed on 9/16/2014) (Entered: 09/16/2014) |
| 10/02/2014 | 48 | ANSWER to Amended Complaint , COUNTERCLAIM against Blue Spike, LLC; Jury Demand byGoogle Inc.. (Lee, Nicholas) (Filed on 10/2/2014) Modified on 10/3/2014 (cpS, COURT STAFF). (Entered: 10/02/2014) |
| 10/02/2014 | 49 | STIPULATION WITH PROPOSED ORDER *Regarding Discovery of Electronically Stored Information (Joint ESI Order)* filed by Google Inc., SoundHound Inc, Blue Spike LLC. (Lee, Nicholas) (Filed on 10/2/2014) Modified on 10/3/2014 (cpS, COURT STAFF). (Entered: 10/02/2014) |
| 10/03/2014 | 50 | STIPULATION WITH PROPOSED ORDER *Regarding Joint Protective Order* filed by Google Inc., SoundHound Inc, Blue Spike LLC. (Lee, Nicholas) (Filed on 10/3/2014) Modified on 10/6/2014 (cpS, COURT STAFF). (Entered: 10/03/2014) |
| 10/06/2014 | 51 | **ORDER by Magistrate Judge Jacqueline Scott Corley granting (42) Stipulation Regarding Discovery of Electronically Stored Information (Joint ESI Order) in case 4:13-cv-01105-YGR; granting (68) Stipulation Regarding Discovery of Electronically Stored Information (Joint ESI Order) in case 4:14-cv-01648-YGR; granting (49) Stipulation Regarding Discovery of Electronically Stored Information (Joint ESI Order) in case 4:14-cv-01650-YGR; granting (40) Stipulation Regarding Discovery of Electronically Stored Information (Joint ESI Order) in case 4:14-cv-01649-YGR (ahm, COURT STAFF) (Filed on 10/6/2014) (Entered: 10/06/2014)** |
| 10/06/2014 | 52 | **ORDER by Magistrate Judge Jacqueline Scott Corley granting (44) Stipulation Regarding Joint Protective Order in case 4:13-cv-01105-YGR; granting (70) Stipulation Regarding Joint Protective Order in case 4:14-cv-01648-YGR; granting (44) Stipulation Regarding Joint Protective Order in case 4:14-cv-01647-YGR; granting (50) Stipulation Regarding Joint Protective Order in case 4:14-cv-01650-YGR; granting (42) Stipulation Regarding Joint Protective Order in case 4:14-cv-01649-YGR (ahm, COURT STAFF) (Filed on 10/6/2014) (Entered: 10/06/2014)** |

| 10/20/2014 | 53 | ANSWER TO COUNTERCLAIM 48 Answer to Amended Complaint, Counterclaim byBlue Spike, LLC. (Garteiser, Randall) (Filed on 10/20/2014) (Entered: 10/20/2014) |
|---|---|---|
| 11/19/2014 | | ADR Remark: ADR Phone Conference held 11/18/2014 with Daniel Bowling, ADR Program Staff Attorney. Further ADR Phone Conference scheduled for 12/18/2014 at 3:00 PM. Call-in information remains the same. (cmf, COURT STAFF) (Filed on 11/19/2014) (Entered: 11/19/2014) |
| 12/22/2014 | | ADR Remark: ADR Phone Conference held 12/18/2014 with Daniel Bowling. Plaintiff's counsel failed to appear. A further ADR Phone Conference is scheduled for 4/8/2015 at 10:30 AM. Call-in information remains the same. (cmf, COURT STAFF) (Filed on 12/22/2014) (Entered: 12/22/2014) |
| 02/27/2015 | 54 | STIPULATION WITH PROPOSED ORDER *Re Time to Exchange Preliminary Claim Construction and Extrinsic Evidence* filed by Blue Spike, LLC, Google Inc (Garteiser, Randall) (Filed on 2/27/2015) Modified on 3/2/2015 (cpS, COURT STAFF). (Entered: 02/27/2015) |
| 03/04/2015 | 55 | **ORDER by Judge Yvonne Gonzalez Rogers granting 54 Stipulation re Time to Exchange Preliminary Claim Construction and Extrinsic Evidence. (fs, COURT STAFF) (Filed on 3/4/2015) (Entered: 03/04/2015)** |
| 03/27/2015 | 56 | MOTION to Modify Scheduling Order re 41 Order filed by Blue Spike, LLC. Responses due by 4/10/2015. Replies due by 4/17/2015. (Attachments: # 1 Proposed Order)(Garteiser, Randall) (Filed on 3/27/2015) Modified on 3/30/2015 (cpS, COURT STAFF). (Entered: 03/27/2015) |
| 04/01/2015 | 57 | **ORDER [AS MODIFIED BY THE COURT] by Judge Yvonne Gonzalez Rogers granting 56 Motion Modify Scheduling Order (fs, COURT STAFF) (Filed on 4/1/2015) (Entered: 04/01/2015)** |
| 04/01/2015 | | Set/Reset Hearing re 57 Order on Motion for Miscellaneous Relief Status Conference set for Friday, 8/28/2015 10:00 AM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Tutorial Hearing set for Friday, 8/28/2015 10:00 AM in Courtroom 1, 4th Floor, Oakland. (fs, COURT STAFF) (Filed on 4/1/2015) (Entered: 04/01/2015) |
| 04/02/2015 | 58 | NOTICE of Appearance by Randall Garteiser *[for Molly A. Jones on behalf of Blue Spike, LLC]* (Garteiser, Randall) (Filed on 4/2/2015) (Entered: 04/02/2015) |
| 04/03/2015 | | ADR Remark: The further ADR Phone Conference that was scheduled for 4/8/15 has been postponed to 4/22/15 at 1:00 p.m. Dial-in information remains the same. (tjs, COURT STAFF) (Filed on 4/3/2015) (Entered: 04/03/2015) |

| 04/17/2015 | | ADR Remark: The ADR Phone Conference previously scheduled on 4/22/2015 at 10:30 AM has been ADVANCED to 9:30 AM Pacific time on 4/22/2015. The call-in information remains the same. (cmf, COURT STAFF) (Filed on 4/17/2015) (Entered: 04/17/2015) |
| 04/27/2015 | | ADR Remark: ADR Phone Conference held 4/22/2015 with Daniel Bowling. Further ADR Phone Conference scheduled for 7/15/2015 at 10:30 AM. Call-in information remains the same. (cmf, COURT STAFF) (Filed on 4/27/2015) (Entered: 04/27/2015) |
| 05/12/2015 | 59 | MOTION for Judgment on the Pleadings *Pursuant to Fed. R. Civ. P. 12 (c)* filed by Google Inc.. Motion Hearing set for 6/16/2015 02:00 PM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. Responses due by 5/26/2015. Replies due by 6/2/2015. (Attachments: # 1 Proposed Order)(Berta, Michael) (Filed on 5/12/2015) (Entered: 05/12/2015) |
| 05/12/2015 | 60 | Declaration of Nicholas H. Lee in Support of 59 MOTION for Judgment on the Pleadings *Pursuant to Fed. R. Civ. P. 12(c)* filed byGoogle Inc.. (Attachments: # 1 Exhibit Exhibit 1 - Blue Spike Articles of Incorporation, # 2 Exhibit Exhibit 2 - Patent Assignment, # 3 Exhibit Exhibit 3 - US7346472, # 4 Exhibit Exhibit 4 - US7660700, # 5 Exhibit Exhibit 5 - US7949494, # 6 Exhibit Exhibit 6 - US8214175, # 7 Exhibit Exhibit 7 - US8712728, # 8 Exhibit Exhibit 8 - 2014-07-28 CMC Transcript)(Related document(s) 59 ) (Lee, Nicholas) (Filed on 5/12/2015) (Entered: 05/12/2015) |
| 05/22/2015 | 61 | MOTION for Extension of Time to File Response/Reply as to 59 MOTION for Judgment on the Pleadings *Pursuant to Fed. R. Civ. P. 12 (c)* filed by Blue Spike, LLC. (Attachments: # 1 Proposed Order, # 2 Affidavit of Randall Garteiser)(Garteiser, Randall) (Filed on 5/22/2015) (Entered: 05/22/2015) |
| 05/26/2015 | 🔒 | (Court only) *** Party SoundHound, Inc. terminated (this party is in related case and not part of this action)- clerk fs. (fs, COURT STAFF) (Filed on 5/26/2015) (Entered: 05/26/2015) |
| 05/27/2015 | 62 | **ORDER GRANTING IN PART UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE; CONTINUING HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS by Judge Yvonne Gonzalez Rogers ;granting in part and denying in part 61 Motion for Extension of Time to File Response/Reply re 59 MOTION for Judgment on the Pleadings *Pursuant to Fed. R. Civ. P. 12(c)* Responses due by 6/9/2015. Replies due by 6/16/2015. 6/16/15 hearing continued to 6/30/15 at 9:00am. (fsS, COURT STAFF) (Filed on 5/27/2015) (Entered: 05/27/2015)** |
| 05/27/2015 | | Set/Reset Deadlines as to 59 MOTION for Judgment on the Pleadings *Pursuant to Fed. R. Civ. P. 12(c)*. Motion Hearing set for 6/30/2015 09:00 AM in Courtroom 1, 4th Floor, Oakland before Hon. Yvonne Gonzalez Rogers. (fsS, COURT STAFF) (Filed on 5/27/2015) (Entered: |

| | | |
|---|---|---|
| | | 05/27/2015) |
| 06/09/2015 | 63 | RESPONSE (re 59 MOTION for Judgment on the Pleadings *Pursuant to Fed. R. Civ. P. 12(c)* ) filed byBlue Spike, LLC. (Attachments: # 1 Proposed Order, # 2 Declaration of Randall Garteiser, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Declaration of Yannis Papakonstantinou, Ph.D., # 12 Exhibit A to Papakonstantinou Decl.)(Garteiser, Randall) (Filed on 6/9/2015) (Entered: 06/09/2015) |
| 06/16/2015 | 64 | REPLY (re 59 MOTION for Judgment on the Pleadings *Pursuant to Fed. R. Civ. P. 12(c)* ) filed byGoogle Inc.. (Attachments: # 1 Appendix A - CBM2014-00020 Doc 34, # 2 Appendix B - OIP Technologies, Inc. v. Amazon.com, Inc.)(Berta, Michael) (Filed on 6/16/2015) (Entered: 06/16/2015) |
| 06/26/2015 | 65 | MOTION to Relate Case *15-01494* filed by Gracenote, Inc.. (Attachments: # 1 Declaration of Bryan Kohm in Support of Administrative Motion to Consider Whether to Relate Cases, # 2 Proposed Order Granting Administrative Motion to Relate Cases) (Kohm, Bryan) (Filed on 6/26/2015) (Entered: 06/26/2015) |
| 06/29/2015 | 66 | NOTICE of Appearance by Helen E. Dutton (Dutton, Helen) (Filed on 6/29/2015) (Entered: 06/29/2015) |
| 06/30/2015 | 67 | **ORDER by Judge Yvonne Gonzalez Rogers granting 65 Motion to Relate Cases 14-cv-1650-YGR and 15-cv-1494-JD and ORDER RELATING CASES. (fs, COURT STAFF) (Filed on 6/30/2015) (Entered: 06/30/2015)** |
| 06/30/2015 | 69 | **Minute Entry for proceedings held before Hon. Yvonne Gonzalez Rogers: Motion Hearing held and submitted on 6/30/2015 re 59 MOTION for Judgment on the Pleadings *Pursuant to Fed. R. Civ. P. 12(c)* filed by Google Inc. Court Reporter Name Raynee Mercado. Plaintiff Attorney Helen Dutton. Defendant Attorney Michael Berta. Attachment Minutes.(fs, COURT STAFF) (Date Filed: 6/30/2015) (Entered: 07/07/2015)** |
| 07/01/2015 | 68 | NOTICE of Pendency of Other Action Involving Same Patent by Gracenote, Inc., Tribune Company, Tribune Media Services, LLC (Kohm, Bryan) (Filed on 7/1/2015) (Entered: 07/01/2015) |
| 07/07/2015 | | ADR Remark: ADR Phone Conference scheduled for 7/15/215 at 10:30 AM is rescheduled to 8/6/2015 at 11:00 AM. The call-in information remains the same. (cmf, COURT STAFF) (Filed on 7/7/2015) (Entered: 07/07/2015) |
| 07/09/2015 | | ADR Remark: Please note the call-in number for the ADR Phone Conference scheduled on August 6, 2015 at 11:00 AM Pacific time has changed. Please call 641-715-3274. The access code previously provided remains unchanged. (cmf, COURT STAFF) (Filed on 7/9/2015) |

| | | |
|---|---|---|
| | | (Entered: 07/09/2015) |
| 08/01/2015 | 70 | CLAIM CONSTRUCTION AND PREHEARING STATEMENT *PURSUANT TO PATENT LOCAL RULE 4-3* filed by Google Inc.. (Attachments: # 1 Exhibit B (Google Inc.'s Identification of Evidence Pursuant to PLR 4-3(b)))(Berta, Michael) (Filed on 8/1/2015) Modified on 8/3/2015 (cpS, COURT STAFF). (Entered: 08/01/2015) |
| 08/03/2015 | 71 | JOINT CLAIM CONSTRUCTION STATEMENT *AND PREHEARING STATEMENT PURSUANT TO PATENT LOCAL RULE 4-3 [Corrected]* filed by Blue Spike, LLC, Google Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Garteiser, Randall) (Filed on 8/3/2015) Modified on 8/4/2015 (cpS, COURT STAFF). (Entered: 08/03/2015) |
| 08/04/2015 | 72 | TRANSCRIPT ORDER by Google Inc. for Court Reporter Raynee Mercado. (Lee, Nicholas) (Filed on 8/4/2015) (Entered: 08/04/2015) |
| 08/04/2015 | 73 | TRANSCRIPT ORDER by Blue Spike, LLC for Court Reporter Raynee Mercado. (Garteiser, Randall) (Filed on 8/4/2015) (Entered: 08/04/2015) |
| 08/06/2015 | | ADR Remark: ADR Phone Conference held on 8/6/2015 with Daniel Bowling, ADR Program Staff Attorney. A further ADR Phone Conference is scheduled for December 15, 2015 at 11:00 AM Pacific time. The call-in information remains the same. (cmf, COURT STAFF) (Filed on 8/6/2015) (Entered: 08/06/2015) |
| 08/14/2015 | 74 | CLERK'S NOTICE VACATING STATUS AND TUTORIAL.In light of the Court's trial calendar, the Status Conference and Claim Construction Tutorial currently set for August 28, 2015 is VACATED. The Court will advise the parties on a rescheduled date. *(This is a text-only entry generated by the court. There is no document associated with this entry.)* (fs, COURT STAFF) (Filed on 8/14/2015) (Entered: 08/14/2015) |
| 09/08/2015 | 75 | **ORDER by Judge Yvonne Gonzalez Rogers granting 59 Motion for Judgment on the Pleadings (fs, COURT STAFF) (Filed on 9/8/2015) (Entered: 09/08/2015)** |
| 09/08/2015 | 76 | **ORDER TO SHOW CAUSE re Dkt. No. 75. Show Cause Response due by 9/14/2015; Response filed 9/16/15. Signed by Judge Yvonne Gonzalez Rogers on 9/8/15. (fs, COURT STAFF) (Filed on 9/8/2015) (Entered: 09/08/2015)** |
| 09/14/2015 | 77 | Unopposed Statement of Non-Objection in Response to Order to Show Cause by Blue Spike, LLC. (Garteiser, Randall) (Filed on 9/14/2015) Modified on 9/15/2015 (kcS, COURT STAFF). (Entered: 09/14/2015) |
| 09/15/2015 | 🔒 | (Court only) *** Party Tribune Media Services, LLC, Gracenote, Inc. and Tribune Company terminated. Incorrectly entered into case docket. (fs, COURT STAFF) (Filed on 9/15/2015) (Entered: 09/15/2015) |

| 09/15/2015 | 78 | NOTICE by SoundHound, Inc. *of Request to Terminate Electronic Notification* (Kohm, Bryan) (Filed on 9/15/2015) (Entered: 09/15/2015) |
|---|---|---|
| 09/16/2015 | 79 | NOTICE of Pendency of Other Action Involving Same Patent by Facebook Inc. (Armon, Orion) (Filed on 9/16/2015) (Entered: 09/16/2015) |
| 09/18/2015 | 80 | **ORDER RE: REMAINING PATENT CLAIM. Signed by Judge Yvonne Gonzalez Rogers on 9/18/15. (fs, COURT STAFF) (Filed on 9/18/2015) (Entered: 09/18/2015)** |
| 09/21/2015 | 🔒 81 | Transcript of Proceedings held on June 30, 2015, before Judge Yvonne Gonzalez Rogers. Court Reporter Raynee H. Mercado, CSR, telephone number 510-502-6175, cacsr8258@gmail.com, raynee_mercado@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 72 Transcript Order, 73 Transcript Order ) Release of Transcript Restriction set for 12/17/2015. (Related document (s) 72 , 73 ) (rhm) (Filed on 9/21/2015) (Entered: 09/21/2015) |
| 09/23/2015 | 82 | UNOPPOSED PROPOSED FORM OF JUDGMENT INVALIDATING ASSERTED PATENTS PURSUANT TO DKT. NOS. 75 , 80 by Google Inc.. (Berta, Michael) (Filed on 9/23/2015) Modified on 9/24/2015 (cpS, COURT STAFF). (Entered: 09/23/2015) |
| 10/01/2015 | 83 | **JUDGMENT INVALIDATING ASSERTED PATENTS PURSUANT TO DKT. NOS. 75, 80. Signed by Judge Yvonne Gonzalez Rogers on 10/1/15. (fs, COURT STAFF) (Filed on 10/1/2015) (Entered: 10/01/2015)** |
| 10/01/2015 | 🔒 | (Court only) ***Civil Case Terminated. (fs, COURT STAFF) (Filed on 10/1/2015) (Entered: 10/01/2015) |
| 10/02/2015 | 84 | REPORT on the determination of an action regarding Patent. (cc: form mailed to register). (kcS, COURT STAFF) (Filed on 10/2/2015) (Entered: 10/02/2015) |
| 10/05/2015 | 85 | NOTICE OF APPEAL to the Federal Circuit as to 83 Judgment by Blue Spike, LLC. Filing fee $ 505, receipt number 0971-9891288. Appeal Record due by 11/4/2015. (Garteiser, Randall) (Filed on 10/5/2015) (Entered: 10/05/2015) |